IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANGELO IP, LLC | ) |
| | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| FTD COMPANIES, INC. | ) |
| | ) |
|       Defendant. | ) |
| | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tangelo IP, LLC states it has no parent corporation but its closest corporate relative is Tangelo, LLC, and no publicly held corporation owns more 10% or more of the stock of Tangelo, LLC or Tangelo IP, LLC.

Dated: November 9, 2017        STAMOULIS & WEINBLATT LLC

                                              */s/ Richard C. Weinblatt*
                                              Stamatios Stamoulis #4606
                                              Richard C. Weinblatt #5080
                                              Two Fox Point Centre
                                              6 Denny Road, Suite 307
                                              Wilmington, DE 19809
                                              Telephone: (302) 999-1540
                                              Facsimile: (302) 762-1688
                                              stamoulis@swdelaw.com
                                              weinblatt@swdelaw.com

                                              *Attorneys for Plaintiff*
                                              *Tangelo IP, LLC*