IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANGELO IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 17-1621-LPS-CJB |
| | ) |
| FTD COMPANIES, INC. | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION FOR DISMISSAL**

The plaintiff Tangelo IP, LLC and defendant FTD Companies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate, subject to the approval and order of the Court, that all claims in this action be dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Andrew C. Mayo* |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Andrew C. Mayo (#5207) |
| Two Fox Point Centre | 500 Delaware Avenue, 8th Floor |
| 6 Denny Road, Suite 307 | P.O. Box 1150 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 654-1888 |
| stamoulis@swdelaw.com | jday@ashbygeddes.com |
| weinblatt@swdelaw.com | amayo@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2018.

_____
United States Magistrate Judge